454 A.2d 163

Commonwealth v. Fischio, Appellant.

Submitted October 13, 1982. John A. Halley, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before WIEAND, BECK and MONTGOMERY, JJ.

Judgment of sentence affirmed.